[No. 31483-9-III. Division Three. June 5, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY A. HAYS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-03174-7, Maryann C. Moreno, J., entered February 28, 2013. *Affirmed* by unpublished opinion per Brown, J., concurred in by Fearing, A.C.J., and Lawrence-Berrey, J.

[No. 31680-7-III. Division Three. June 5, 2014.]

*In the Matter of the Marriage of* KIMBERLY LAUBACH, *Respondent*, and ARTHUR LAUBACH III, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 09-3-00515-8, Lesley A. Allan, J., entered May 2, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 31690-4-III. Division Three. June 5, 2014.]

*In the Matter of the Marriage of* CINDY J. BROWN, *Appellant*, and LAWRENCE T. BROWN, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 07-3-00823-1, John O. Cooney, J., entered May 2, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 69616-5-I. Division One. June 9, 2014.]

*In the Matter of the Marriage of* MASON C. BAILEY, *Respondent*, and JACKIE E. BAILEY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-3-00763-6, Charles R. Snyder, J., entered October 24, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Leach, J.